INFORMATION SHEET

**CR-13 0261**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S
U.S. DISTRICT
★ APR 25 2013 ★
LONG ISLAND OFFICE

SPATT, J.
WALL, M.J.

1. Title of Case: __US v. Eric Anderson__

2. Related Magistrate Docket Number(s)
   None ( )

3. Arrest Date:

4. Nature of offense(s):  ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):
   __United States v. Symeon Mavropoulos, 12-CR-583 (SJF)__

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Suffolk__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes  ( ) No

9. Have arrest warrants been ordered?   (X) Yes  ( ) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _Jeffrey Bender_
Jeffrey B. Bender
Department of Justice Tax Attorney
(202) 305-4077

Rev. 3/22/01